# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                             :
    Concetta A. Piparato,              :        Chapter 13
                                       :        Bankruptcy No.  19-12189 ELF
            Debtor(s)                  :

## DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1325(a)(8) and (a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor has filed all applicable federal, state, and local tax returns required by 11 U.S.C. §1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Dated: June 4, 2019                               s/David S. Gellert
                                                  David S. Gellert, Esquire


Dated: June 4, 2019                               s/Concetta A. Piparato
                                                  Concetta A. Piparato