United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-12189-elf
Concetta A. Piparato                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS        Page 1 of 2          Date Rcvd: Jun 24, 2019
                             Form ID: 152           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db           +Concetta A. Piparato,   918 Spring Garden Street,   Easton, PA 18042-3389
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14302313      Bank of America,   P.O. Box 932235,   El Paso, TX 79998
14313719     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14302314     +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14321758     +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
14302315     +CitiCard,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
14302318     +First Bankcard,   1620 Dodge Street,   Omaha, NE 68197-0002
14302319     +First National Bank of Omaha,   P.O. Box 2490,   Omaha, NE 68103-2490
14303231     +First National Bank of Omaha,   1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0002
14302320     +Lafayette Ambassador Bank,   Cardmember Service,   P.O. Box 6354,   Fargo, ND 58125-6354
14302321     +M&T Bank,   P.O. Box 619063,   Dallas, TX 75261-9063
14307124     +M&T Bank,   c/o REBECCA ANN SOLARZ,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
14302322     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14341395     +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
14302324     +Sears Mastercard,   P.o. Box 6282,   Sioux Falls, SD 57117-6282
14318934      U.S. Bank NA dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,
              St. Louis MO 63166-0108
14302317     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,   P.O. Box 108,   Saint Louis, MO 63166)
14302326     +Wells Fargo,   P.O. Box 10347,   Des Moines, IA 50306-0347
14316039      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
              Des Moines, IA 50306-0438
14302327     +Wells Fargo Card Services,   P.O. Box 30086,   Los Angeles, CA 90030-0086

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:37
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 25 2019 03:09:59    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:46    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14302316      E-mail/Text: mrdiscen@discover.com Jun 25 2019 03:08:52    Discover Card,   P.O. Box 30943,
              Salt Lake City, UT 84130
14307332      E-mail/Text: mrdiscen@discover.com Jun 25 2019 03:08:52    Discover Bank,
              Discover Products Inc,  PO Box 3025,   New Albany, OH  43054-3025
14317018      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 25 2019 03:18:13    LVNV Funding, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14342376      E-mail/Text: camanagement@mtb.com Jun 25 2019 03:09:08    M&T Bank,   P.O. Box 840,
              Buffalo, NY 14240-0840
14341965      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2019 03:35:02
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14302323     +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:16:46    Sam's Club,   P.O. Box 103104,
              Roswell, GA 30076-9104
14302993     +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:17:58    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                    TOTAL: 10


       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14318960*    +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
14302325*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   P.O. Box 6335,   Fargo, ND 58125)
14318119*     Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
              Des Moines, IA 50306-0438
                                                                       TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: BarbaraS           Page 2 of 2              Date Rcvd: Jun 24, 2019
                             Form ID: 152             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
          DAVID S. GELLERT    on behalf of Debtor Concetta A. Piparato dsgatn@rcn.com,
           r46641@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5
```

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Concetta A. Piparato

      Debtor(s)

Case No: 19−12189−elf

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 9/12/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

19
Form 152