**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
:
   Concetta A. Piparato            :       Chapter 13
:       Bankruptcy No.  19-12189 elf
                    Debtors    :

**CERTIFICATION OF NO OBJECTION**

AND NOW, this 4th day of October, 2019, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that he received no response or request for hearing and that no response or request for hearing has been filed with the Court with respect to the Notice dated September 12, 2019 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expenses has been filed.

                                              s/ David S. Gellert
                                            David S. Gellert, Esquire
                                            David S. Gellert, P.C.
                                            1244 Hamilton Street, Suite 204
                                            Allentown, PA 18102
                                            610-776-7070  Fax:  610-776-7072