# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
| --- | --- | --- |
| Concetta A. Piparato, | : | Chapter 13 |
| | : | Bankruptcy No. 19-12189 elf |
| Debtor(s) | : | |

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtor, it is hereby

**ORDERED** that David S. Gellert, P.C., counsel for Debtor, is **ALLOWED** compensation in the amount of $2,667.50 and reimbursement of expenses in the amount of $331.35 for total compensation and expenses in the amount of $2,998.85; $1,310.00 of which has been paid.

Date: 10/10/19

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE