Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-12189-PMM

CONCETTA A. PIPARATO  
918 SPRING GARDEN STREET  
EASTON  PA    18042

Petition Filed Date: 04/05/2019  
341 Hearing Date: 06/04/2019  
Confirmation Date: 09/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/16/2019 | $92.00 | 25574082974 | 06/18/2019 | $92.00 | 47044405139 | 08/05/2019 | $92.00 | 2337827 |
| 08/05/2019 | $92.00 | 2337826 | 09/10/2019 | $92.00 | 69590544177 | 10/09/2019 | $92.00 | 47046133548 |
| 11/13/2019 | $92.00 | 47046658874 | 12/11/2019 | $92.00 | 47046658963 | 01/15/2020 | $92.00 | 47046659066 |
| 02/10/2020 | $92.00 | 47046659172 | 03/10/2020 | $92.00 | 47047790491 | 04/14/2020 | $92.00 | 47047790619 |
| 05/14/2020 | $92.00 | 47047790795 | 06/16/2020 | $92.00 | 47048450541 | 07/14/2020 | $92.00 | 47048450640 |

**Total Receipts for the Period:  $1,380.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $1,380.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $2,093.79 | $0.00 | $2,093.79 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $8,020.53 | $0.00 | $8,020.53 |
| 7 | ELAN FINANCIAL SERVICES<br>»» 007 | Unsecured Creditors | $815.71 | $0.00 | $815.71 |
| 8 | FIRST NATIONAL BANK OMAHA<br>»» 008 | Unsecured Creditors | $3,309.48 | $0.00 | $3,309.48 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $3,895.86 | $0.00 | $3,895.86 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $1,339.90 | $0.00 | $1,339.90 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $359.70 | $0.00 | $359.70 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,263.10 | $0.00 | $2,263.10 |
| 13 | M&T BANK<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK<br>»» 011 | Unsecured Creditors | $2,521.06 | $0.00 | $2,521.06 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $6,810.45 | $0.00 | $6,810.45 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $6,469.10 | $0.00 | $6,469.10 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $10,037.47 | $0.00 | $10,037.47 |
| 14 | DAVID S GELLERT ESQ<br>»» 014 | Attorney Fees | $1,688.85 | $1,249.20 | $439.65 |

**Chapter 13 Case No. 19-12189-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,380.00 | Current Monthly Payment: | $92.00 |
| Paid to Claims: | $1,249.20 | Arrearages: | $92.00 |
| Paid to Trustee: | $130.80 | Total Plan Base: | $5,520.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.