| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-12189-PMM**

CONCETTA A. PIPARATO
918 SPRING GARDEN STREET
EASTON  PA   18042

Petition Filed Date: 04/05/2019
341 Hearing Date: 06/04/2019
Confirmation Date: 09/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2020 | $92.00 | 47046659066 | 02/10/2020 | $92.00 | 47046659172 | 03/10/2020 | $92.00 | 47047790491 |
| 04/14/2020 | $92.00 | 47047790619 | 05/14/2020 | $92.00 | 47047790795 | 06/16/2020 | $92.00 | 47048450541 |
| 07/14/2020 | $92.00 | 47048450640 | 08/17/2020 | $92.00 | 47048450753 | 09/09/2020 | $92.00 | 47049141633 |
| 10/07/2020 | $92.00 | 47049141754 | 11/10/2020 | $92.00 | 47049141888 | 12/16/2020 | $92.00 | 47049141987 |
| 01/14/2021 | $92.00 | 47050866920 | 02/17/2021 | $92.00 | 47050867076 | 03/12/2021 | $92.00 | 47050867161 |
| 04/13/2021 | $92.00 | 47051814118 | 05/18/2021 | $92.00 | 47051814311 | 06/09/2021 | $92.00 | 47052431600 |

**Total Receipts for the Period:  $1,656.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $2,392.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $2,093.79 | $17.82 | $2,075.97 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $8,020.53 | $54.35 | $7,966.18 |
| 7 | ELAN FINANCIAL SERVICES<br>»» 007 | Unsecured Creditors | $815.71 | $0.00 | $815.71 |
| 8 | FIRST NATIONAL BANK OMAHA<br>»» 008 | Unsecured Creditors | $3,309.48 | $16.53 | $3,292.95 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $3,895.86 | $19.44 | $3,876.42 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $1,339.90 | $0.00 | $1,339.90 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $359.70 | $0.00 | $359.70 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,263.10 | $15.34 | $2,247.76 |
| 13 | M&T BANK<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK<br>»» 011 | Unsecured Creditors | $2,521.06 | $17.09 | $2,503.97 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $6,810.45 | $46.15 | $6,764.30 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $6,469.10 | $43.84 | $6,425.26 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $10,037.47 | $85.36 | $9,952.11 |
| 14 | DAVID S GELLERT ESQ<br>»» 014 | Attorney Fees | $1,688.85 | $1,688.85 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,392.00 | Current Monthly Payment: | $92.00 |
| Paid to Claims: | $2,004.77 | Arrearages: | $0.00 |
| Paid to Trustee: | $212.68 | Total Plan Base: | $5,520.00 |
| Funds on Hand: | $174.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.