| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-12189-PMM

CONCETTA A. PIPARATO  
918 SPRING GARDEN STREET  
EASTON  PA    18042

Petition Filed Date: 04/05/2019  
341 Hearing Date: 06/04/2019  
Confirmation Date: 09/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2021 | $92.00 | 47051814118 | 05/18/2021 | $92.00 | 47051814311 | 06/09/2021 | $92.00 | 47052431600 |
| 07/21/2021 | $92.00 | 47052431783 | 08/11/2021 | $92.00 | 47052431886 | 09/14/2021 | $92.00 | 47052431974 |
| 10/13/2021 | $92.00 | 47053266115 | 11/10/2021 | $92.00 | 47053266221 | 12/14/2021 | $92.00 | 47053266361 |
| 01/12/2022 | $92.00 | 27592038112 | 02/15/2022 | $92.00 | 47054032994 | 03/10/2022 | $92.00 | 47054033113 |
| 04/26/2022 | $184.00 | 47054856886 | 06/02/2022 | $92.00 | 47054857001 | 07/12/2022 | $92.00 | 47054857146 |

**Total Receipts for the Period:  $1,472.00**    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $3,588.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $2,093.79 | $54.50 | $2,039.29 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $8,020.53 | $265.22 | $7,755.31 |
| 7 | ELAN FINANCIAL SERVICES<br>»» 007 | Unsecured Creditors | $815.71 | $15.47 | $800.24 |
| 8 | FIRST NATIONAL BANK OMAHA<br>»» 008 | Unsecured Creditors | $3,309.48 | $103.61 | $3,205.87 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $3,895.86 | $121.96 | $3,773.90 |
| 9 | CHASE BANK USA NA<br>»» 009 | Unsecured Creditors | $1,339.90 | $32.48 | $1,307.42 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $359.70 | $0.00 | $359.70 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,263.10 | $66.87 | $2,196.23 |
| 13 | M&T BANK<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK<br>»» 011 | Unsecured Creditors | $2,521.06 | $74.46 | $2,446.60 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $6,810.45 | $225.20 | $6,585.25 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»» 006 | Unsecured Creditors | $6,469.10 | $213.91 | $6,255.19 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $10,037.47 | $331.92 | $9,705.55 |
| 14 | DAVID S GELLERT ESQ<br>»» 014 | Attorney Fees | $1,688.85 | $1,688.85 | $0.00 |

Chapter 13 Case No. 19-12189-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,588.00 | Current Monthly Payment: | $92.00 |
| Paid to Claims: | $3,194.45 | Arrearages: | $92.00 |
| Paid to Trustee: | $313.88 | Total Plan Base: | $5,520.00 |
| Funds on Hand: | $79.67 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.