Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-12189-PMM**

CONCETTA A. PIPARATO  
918 SPRING GARDEN STREET  
EASTON  PA    18042

Petition Filed Date: 04/05/2019  
341 Hearing Date: 06/04/2019  
Confirmation Date: 09/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $92.00 | 47055768456 | 09/08/2022 | $92.00 | 47055768558 | 10/04/2022 | $92.00 | 47055768637 |
| 11/10/2022 | $92.00 | 47055768772 | 12/07/2022 | $92.00 | 47056445303 | 01/13/2023 | $92.00 | 47056445475 |
| 02/14/2023 | $92.00 | 47056445586 | 03/07/2023 | $92.00 | 47057031699 | 04/10/2023 | $92.00 | 47057031845 |
| 05/22/2023 | $92.00 | 417055198003 | 06/16/2023 | $92.00 | 47055198109 | 07/12/2023 | $92.00 | 47055198152 |

**Total Receipts for the Period: $1,104.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,784.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | BANK OF AMERICA NA »» 003 | Unsecured Creditors | $2,093.79 | $113.52 | $1,980.27 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $8,020.53 | $434.54 | $7,585.99 |
| 7 | ELAN FINANCIAL SERVICES »» 007 | Unsecured Creditors | $815.71 | $31.31 | $784.40 |
| 8 | FIRST NATIONAL BANK OMAHA »» 008 | Unsecured Creditors | $3,309.48 | $179.29 | $3,130.19 |
| 1 | FIRST NATIONAL BANK OMAHA »» 001 | Unsecured Creditors | $3,895.86 | $211.09 | $3,684.77 |
| 9 | CHASE BANK USA NA »» 009 | Unsecured Creditors | $1,339.90 | $65.62 | $1,274.28 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $359.70 | $15.09 | $344.61 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $2,263.10 | $114.77 | $2,148.33 |
| 13 | M&T BANK »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK »» 011 | Unsecured Creditors | $2,521.06 | $127.76 | $2,393.30 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $6,810.45 | $368.96 | $6,441.49 |
| 6 | WELLS FARGO BANK NEVADA NA »» 006 | Unsecured Creditors | $6,469.10 | $350.47 | $6,118.63 |
| 4 | WELLS FARGO BANK NEVADA NA »» 004 | Unsecured Creditors | $10,037.47 | $543.80 | $9,493.67 |
| 14 | DAVID S GELLERT ESQ »» 014 | Attorney Fees | $1,688.85 | $1,688.85 | $0.00 |

**Chapter 13 Case No. 19-12189-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,784.00 | Current Monthly Payment: | $92.00 |
| Paid to Claims: | $4,245.07 | Arrearages: | $0.00 |
| Paid to Trustee: | $414.16 | Total Plan Base: | $5,520.00 |
| Funds on Hand: | $124.77 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.