United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                              Case No. 19-12189-pmm
Concetta A. Piparato                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                       Page 1 of 3
Date Rcvd: Apr 24, 2024             Form ID: 138OBJ            Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Concetta A. Piparato, 918 Spring Garden Street, Easton, PA 18042-3389 |
| 14302313 | | Bank of America, P.O. Box 932235, El Paso, TX 79998 |
| 14302320 | + | Lafayette Ambassador Bank, Cardmember Service, P.O. Box 6354, Fargo, ND 58125-6354 |
| 14307124 | + | M&T Bank, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14302993 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 24 2024 23:47:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2024 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14313719 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 24 2024 23:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14321758 | + | Email/Text: RASEBN@raslg.com | Apr 24 2024 23:47:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14302315 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2024 23:51:21 | CitiCard, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 14302316 | | Email/Text: mrdiscen@discover.com | Apr 24 2024 23:47:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 14666964 | + | Email/Text: dsgrdg@ptdprolog.net | Apr 24 2024 23:47:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14307332 | | Email/Text: mrdiscen@discover.com | Apr 24 2024 23:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14302318 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2024 23:47:00 | First Bankcard, 1620 Dodge Street, Omaha, NE 68197 |
| 14303231 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2024 23:47:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14302319 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2024 23:47:00 | First National Bank of Omaha, P.O. Box 2490, Omaha, NE 68103 |
| 14302314 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2024 23:51:20 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 14317018 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Apr 24, 2024 | Form ID: 138OBJ | Total Noticed: 31

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 24 2024 23:51:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14342376 | | Email/Text: camanagement@mtb.com | Apr 24 2024 23:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14302321 | + | Email/Text: camanagement@mtb.com | Apr 24 2024 23:47:00 | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14302322 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 24 2024 23:47:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14341395 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 24 2024 23:47:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14341965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 24 2024 23:51:34 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14302323 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2024 00:03:49 | Sam's Club, P.O. Box 103104, Roswell, GA 30076-9104 |
| 14302324 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2024 00:05:38 | Sears Mastercard, P.o. Box 6282, Sioux Falls, SD 57117-6282 |
| 14318934 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 24 2024 23:47:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14302317 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 24 2024 23:47:00 | Elan Financial Services, P.O. Box 108, Saint Louis, MO 63166 |
| 14302325 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 24 2024 23:47:00 | US Bank, P.O. Box 6335, Fargo, ND 58125 |
| 14302326 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2024 23:51:07 | Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 14316039 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2024 23:51:34 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14302327 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 24 2024 23:51:36 | Wells Fargo Card Services, P.O. Box 30086, Los Angeles, CA 90030-0086 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14318960 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14318119 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14387668 | ##+ | David S. Gellert, Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2024        Signature:        /s/Gustava Winters

District/off: 0313-4    User: admin    Page 3 of 3
Date Rcvd: Apr 24, 2024    Form ID: 138OBJ    Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Debtor Concetta A. Piparato dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Concetta A. Piparato

    Debtor(s)

Case No: 19−12189−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/24/24